**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MELANIE SMITH**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MELANIE SMITH,<br>          Plaintiff,<br><br>     v.<br><br>Michael O'Malley,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant._____/ | No.   2:24-cv-01842-EFB (SS)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 1, 2024.

   This is a first extension. Along with other work, plaintiff's counsel must file at least three briefs and engage in oral argument before the Ninth Circuit, in terms of federal court work on Social Security cases, before leaving on a vacation till near the end of October.

Dated:   September 26 2024                                             /s/    *Jesse S. Kaplan*
                                                                                          JESSE S. KAPLAN
                                                                                          Attorney for Plaintiff


Dated:   September 26, 2024                                             /s/ per e-mail authorization

                                                                                          OSCAR GONZELEZ de LLANO
                                                                                          Special Assistant U.S. Attorney
                                                                                          Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to November 1, 2024.   SO ORDERED.

Dated: September 27, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE